MARY LOU YRKOSKI, APPELLEE, v. MARTIN J. YRKOSKI, APPELLANT.
363 N.W.2d 385

Filed March 1, 1985.   No. 84-149.

Philip T. Morgan of Morgan & Morgan, for appellant.

Edward F. Carter, Jr., of Barney, Carter, & Johnson, P.C., and Cleo Robak, for appellee.

KRIVOSHA, C.J., HASTINGS, and CAPORALE, JJ., and BRODKEY, J., Retired, and COLWELL, D.J., Retired.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed; each party to pay his or her own costs, including attorney fees.

AFFIRMED.